# United States Court of Appeals
## For the First Circuit

No. 21-1064

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ RUVALCABA,

Defendant, Appellant.

**ERRATA SHEET**

The concurring opinion filed in this case, issued on February 15, 2022, is corrected as follows:

On page 40, lines 1-2, add "the" between "entirety of" and "mandatory."